FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JUN 0 9 2026
KHS
ERIK PALTROW
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CRIMINAL NO. _26 - 2724 mLG_ |
| | ) | |
| vs. | ) | Counts 1 and 2: 18 U.S.C. §§ 1153, |
| | ) | 2244(a)(5), and 2246(3):  Abusive Sexual |
| **EARLSON YAZZIE,** | ) | Contact; |
| | ) | |
| Defendant. | ) | Counts 3, 7, 8, and 9: 18 U.S.C. §§ 1153, |
| | ) | 2244(a)(1), and 2246(3):  Abusive Sexual |
| | ) | Contact; |
| | ) | |
| | ) | Counts 4, 5, and 6: 18 U.S.C. §§ 1153, |
| | ) | 2244(a)(2), and 2246(3):  Abusive Sexual |
| | | Contact. |

I N D I C T M E N T

The Grand Jury charges:

Count 1

Between on or about July 29, 2018 and July 28, 2019, in Indian Country, in McKinley County, in the District of New Mexico, the defendant, **EARLSON YAZZIE,** an Indian, unlawfully and knowingly engaged in and caused sexual contact with Jane Doe, a child who had not then attained the age of 12 years, and the sexual contact consisted of the defendant intentionally touching Jane Doe's breast directly and through the clothing, with the intent to abuse, humiliate, harass, degrade, and arouse and gratify the sexual desire of any person.

In violation of 18 U.S.C. §§ 1153, 2244(a)(5), and 2246(3).

Count 2

Between on or about July 29, 2018 and July 28, 2019, in Indian Country, in McKinley County, in the District of New Mexico, the defendant, **EARLSON YAZZIE,** an Indian,

unlawfully and knowingly engaged in and caused sexual contact with Jane Doe, a child who had not then attained the age of 12 years, and the sexual contact consisted of the defendant intentionally causing Jane Doe's hand to touch defendant's genitalia directly and through the clothing, with the intent to abuse, humiliate, harass, degrade, and arouse and gratify the sexual desire of any person.

In violation of 18 U.S.C. §§ 1153, 2244(a)(5), and 2246(3).

### Count 3

Between on or about July 29, 2018 and August 10, 2025, in Indian Country, in McKinley County in the District of New Mexico, the defendant, **EARLSON YAZZIE**, an Indian, unlawfully and knowingly engaged in, and caused, and attempted to engage in and caused sexual contact with Jane Doe, by the use of force, and the sexual contact consisted of the defendant intentionally touching Jane Doe's genitalia directly and through the clothing, with the intent to abuse, humiliate, harass, degrade, and arouse and gratify the sexual desire of any person.

In violation of 18 U.S.C. §§ 1153, 2244(a)(1), and 2246(3).

### Count 4

Between on or about July 29, 2018 and August 10, 2025, in Indian Country, in McKinley County, in the District of New Mexico, the defendant, **EARLSON YAZZIE**, an Indian, unlawfully and knowingly engaged in and caused sexual contact with Jane Doe, without Jane Doe's consent, to include doing so through coercion, and the sexual contact consisted of the defendant intentionally touching Jane Doe's genitalia directly and through the clothing, with the

intent to abuse, humiliate, harass, degrade, and arouse and gratify the sexual desire of any person, separate and apart from Count 5.

In violation of 18 U.S.C. §§ 1153, 2244(a)(2), and 2246(3).

### Count 5

Between on or about July 29, 2018 and August 10, 2025, in Indian Country, in McKinley County, in the District of New Mexico, the defendant, **EARLSON YAZZIE**, an Indian, unlawfully and knowingly engaged in and caused sexual contact with Jane Doe, without Jane Doe's consent, to include doing so through coercion, and the sexual contact consisted of the defendant intentionally touching Jane Doe's genitalia directly and through the clothing, with the intent to abuse, humiliate, harass, degrade, and arouse and gratify the sexual desire of any person separate and apart from Count 4.

In violation of 18 U.S.C. §§ 1153, 2244(a)(2), and 2246(3).

### Count 6

Between on or about July 29, 2018 and August 10, 2025, in Indian Country, in McKinley County, in the District of New Mexico, the defendant, **EARLSON YAZZIE**, an Indian, unlawfully and knowingly engaged in and caused sexual contact with Jane Doe, without Jane Doe's consent, to include doing so through coercion, and the sexual contact consisted of the defendant intentionally causing Jane Doe's thigh to touch defendant's genitalia directly and through the clothing, with the intent to abuse, humiliate, harass, degrade, and arouse and gratify the sexual desire of any person.

In violation of 18 U.S.C. §§ 1153, 2244(a)(2), and 2246(3).

## Count 7

On or about August 10, 2025, in Indian Country, in McKinley County, in the District of New Mexico, the defendant, **EARLSON YAZZIE**, an Indian, unlawfully and knowingly engaged in and caused sexual contact with Jane Doe, by the use of force, and the sexual contact consisted of the defendant intentionally causing Jane Doe's head to touch defendant's genitalia directly and through the clothing, with the intent to abuse, humiliate, harass, degrade, and arouse and gratify the sexual desire of any person.

In violation of 18 U.S.C. §§ 1153, 2244(a)(1), and 2246(3).

## Count 8

On or about August 10, 2025, in Indian Country, in McKinley County· in the District of New Mexico, the defendant, **EARLSON YAZZIE**, an Indian, unlawfully and knowingly engaged in and caused sexual contact with Jane Doe, by the use of force, and the sexual contact consisted of the defendant intentionally touching Jane Doe's buttocks directly and through the clothing, with the intent to abuse, humiliate, harass, degrade, and arouse and gratify the sexual desire of any person.

In violation of 18 U.S.C. §§ 1153, 2244(a)(1), and 2246(3).

## Count 9

On or about August 10, 2025, in Indian Country, in McKinley County, in the District of New Mexico, the defendant, **EARLSON YAZZIE**, an Indian, unlawfully and knowingly engaged in and caused, and attempted to engage in and cause sexual contact with Jane Doe, by the use of force, and the sexual contact consisted of the defendant intentionally touching Jane

Doe's genitalia directly and through the clothing, with the intent to abuse, humiliate, harass, degrade, and arouse and gratify the sexual desire of any person.

In violation of 18 U.S.C. §§ 1153, 2244(a)(1), and 2246(3).

A TRUE BILL:

/s/

FOREPERSON OF THE GRAND JURY

Assistant United States Attorney